| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:94-Cr-20-Oc-10; – 1:08cr33 mmp<br>5:94-Cr-24-Oc-10; – 1:08cr34 spm<br>5:94-Cr-25-Oc-10; – 1:08cr35 mmp<br>5:95-Cr-1-Oc-10; & – 1:08cr36 spm<br>5:95-Cr-3-Oc-10 – 1:08cr37 mmp |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Paul Shemet<br>2402 SE River Drive<br>Branford, FL 38006 | DISTRICT<br>Middle District of Florida | DIVISION<br>Ocala |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Wm. Terrell Hodges | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/16/2007 | TO 02/15/2011 |

OFFENSE

Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Northern District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-10-08                               /s/ Wm. Terrell Hodges
Date                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Florida__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 1, 2008                       /s/ Maurice M. Paul
Effective Date                        United States District Judge